UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN CABRAL, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-CV-11961 MEL |
| STONE CONTAINER CORPORATION, | ) |
| Defendant. | ) |

### DEFENDANT, STONE CONTAINER CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT

1. Defendant, Stone Container Corporation ("Stone") is without knowledge or information sufficient to form a belief with respect to the allegations of Paragraph 1 of the Complaint.

2. Stone admits the allegations contained in Paragraph 2 of the Complaint.

3. Stone admits the allegations contained in Paragraph 3 of the Complaint.

4. Stone denies the allegations contained in Paragraph 4 of the Complaint.

5. Stone admits the allegations contained in Paragraph 5 of the Complaint.

### COUNT I

6. Paragraph 6 calls for a legal conclusion to which no response is required. To the extent Paragraph 6 contains factual allegations against Stone, Stone denies those allegations.

7. Stone denies the allegations contained in Paragraph 7 of the Complaint.

8. Stone denies the allegations contained in Paragraph 8 of the Complaint.

9. Stone denies the allegations contained in Paragraph 9 of the Complaint.

10. Stone denies the allegations contained in Paragraph 10 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff's injuries were caused in whole or in part by the negligence of the Plaintiff to such a degree that the Plaintiff's claim is barred or his right of recovery is otherwise reduced by virtue of the provisions of Massachusetts General Laws, Chapter 231, Section 85.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff's injuries were not proximately caused by any act or failure to act by Stone.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff's injuries are not the result of any act or omission of a person for whose conduct the Defendant was legally responsible.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's injuries were caused by a superceding, intervening cause for which Stone cannot be held responsible.

### FIFTH AFFIRMATIVE DEFENSE

To the extent Stone owed any duty to the Plaintiff, such duty has been fully, completely and properly performed in every respect.

### SIXTH AFFIRMATIVE DEFENSE

Stone reserves the right to supplement the foregoing Affirmative Defenses to the extent allowed by law and to the extent that additional defenses are revealed during discovery.

THE DEFENDANT DEMANDS A TRIAL BY JURY AS TO ALL ISSUES SO TRIABLE

The Defendant,
**STONE CONTAINER CORPORATION**,
By its attorneys,

_____
Peter G. Hermes, BBO No. 231840
John R. Felice, BBO No. 644517
HERMES, NETBURN,
 O'CONNOR, & SPEARING, P.C.
111 Devonshire Street
Boston, MA 02109-5407
(617) 728-0050
(617) 728-0052 (F)

Dated: September 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail, postage prepaid, on the following counsel of record:

Amy M. Donovan, Esq.
Law Offices of Dane M. Shulman
25 Newport Avenue Extension, 1st Floor
North Quincy, MA 02171

Date: 9/14/04

_____
John R. Felice

G:\DOCS\JRF\CLIENTS\Stone Container\Cabral\Pleadings\Notice of Removal - Federal.doc

3

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2004-01024
### Cabral v Stone Container Corp

| | | | | | |
|---|---|---|---|---|---|
| File Date | 08/18/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 09/09/2004 | Session | A - Civil A - CtRm 4 (Brockton) | | |
| Origin | 1 | Case Type | B03 - MV negligence/pers injury/prop dmg | | |
| Lead Case | | Track | F | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/16/2004 | Answer | 01/15/2005 | Rule12/19/20 | 01/15/2005 |
| Rule 15 | 01/15/2005 | Discovery | 06/14/2005 | Rule 56 | 07/14/2005 |
| Final PTC | 08/13/2005 | Disposition | 10/12/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Steven Cabral
12 Deer Hill Lane
Plymouth, MA 02360
Active 08/18/2004

**Private Counsel 655490**
Amy M Donovan
25 Newport Avenue Extension
1st floor
North Quincy, MA 02171
Phone: 617-471-3200
Active 08/18/2004 Notify

**Defendant**
c/o CT Corp System  Stone Container Corp
101 Federal Street
Boston, MA 02101
Service pending 08/18/2004

**Private Counsel 644517**
John R Felice
Hermes Netburn O'Connor & Sommerville
111 Devonshire Street
8th floor
Boston, MA 02109-5407
Phone: 617-728-0050
Fax: 617-728-0052
Active 09/13/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/18/2004 | 1.0 | Complaint & civil action cover sheet filed and Jury Claim (chk 275.00 recvd) |
| 08/18/2004 | | Origin 1, Type B03, Track F. |
| 09/09/2004 | 2.0 | Case REMOVED this date to US District Court of Massachusetts by deft Stone Container Corporation Atty.John R. Felice |

### EVENTS


A TRUE COPY ATTEST
CLERK

# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court

Plymouth, ss

CIVIL DOCKET# **PLCV2004-01024-A**

RE: **Cabral v Stone Container Corp**

TO: Amy M Donovan, Esquire
   25 Newport Avenue Extension
   1st floor
   North Quincy, MA 02171

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 11/16/2004 |
| Response to the complaint filed (also see MRCP 12) | 01/15/2005 |
| All motions under MRCP 12, 19, and 20 filed | 01/15/2005 |
| All motions under MRCP 15 filed | 01/15/2005 |
| All discovery requests and depositions completed | 06/14/2005 |
| All motions under MRCP 56 served and heard | 07/14/2005 |
| Final pre-trial conference held and firm trial date set | 08/13/2005 |
| Case disposed | 10/12/2005 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session **A** sitting in **CtRm 4 (72 Belmont Street, Brockton) at Plymouth Superior Court.**

Dated: 08/18/2004

Francis R. Powers
Clerk of the Courts

BY: John C. Barr
Assistant Clerk

Location: CtRm 4 (72 Belmont Street, Brockton)
Telephone: (508) 583-8250 ext. 305

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website as to status of case: http://ma-trialcourts.org/tcic

cvdtracf_2.wpd 419173 inidoc01 mullinsj

A TRUE COPY ATTEST
Francis R. Powers
CLERK

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss                                   PLYMOUTH SUPERIOR COURT
                                               CIVIL ACTION NO: 04-1024A


STEVEN CABRAL,
    Plaintiff

vs.                                            **COMPLAINT & JURY CLAIM**


STONE CONTAINER CORPORATION,
    Defendant



FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

AUG 18 2004

CLERK

**PARTIES**

1. The Plaintiff, Steven Cabral, is an adult Massachusetts resident, currently residing at 12 Deer Hill Lane, Plymouth, MA, Plymouth County.

2. The Defendant, Stone Container Corporation, is a corporation duly licensed to do business in the Commonwealth, having it's principal office located at 150 N. Michigan Avenue, Chicago, IL.

3. The Defendant, Stone Container Corporation, has a local registered agent, CT Corporation System located at 101 Federal Street, Boston, Ma.

4. The Defendant, is also known as Smurfit Stone Container Corporation in the Commonwealth located at 47 Maple Street, Mansfield, Ma.

**FACTS**

5. On or about August 20, 2001, the Plaintiff, Steven Cabral, was on the premises of the Defendant's Massachusetts business.

A TRUE COPY ATTEST

CLERK

## COUNT I

6. At all times material to this action the Defendant, it's agents and/or employees had a duty to carefully and properly load Plaintiff's truck.

7. The Defendant, it's agents and/or employees, knew or should have known that its failure to properly load Plaintiff's truck created an unreasonable danger to the Plaintiff.

8. On or about August 20, 2004 the Defendant, it's agents and/or employees breached this duty by negligently and carelessly loading contents into Plaintiffs truck.

9. As a result of said negligence; the Plaintiff was caused to suffer an accident when the contents of the truck fell on him as he opened the truck doors.

10. As a result of the incident described in this Complaint, the Plaintiff was caused to suffer personal injuries, was caused to suffer great pain of body and mind, was caused to incur expenses for her medical treatment and was prevented from attending to the duties of his occupation.

**WHEREFORE,** the Plaintiff demands judgment against the Defendant; that damages be established and Plaintiff be awarded same along with the costs, interest and reasonable attorney's fees.

**JURY CLAIM:** the Plaintiff demands trial by jury on all claims.

BY PLAINTIFF'S ATTORNEY

LAW OFFICES OF DANE M. SHULMAN
Amy M. Donovan, Esquire
25 Newport Avenue Extension, 1st Floor
North Quincy, MA 02171
(617) 471-3200
B.B.O. # 655490

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Steven Cabral | Stone Container Corporation |

**INSTRUCTIONS:** THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN MIDDLESEX AND NORFOLK COUNTIES - SUPERIOR COURT: IN ALL CIVIL ACTIONS. DISTRICT COURT: IN ALL CIVIL ACTIONS SEEKING MONEY DAMAGES.

COUNTY: Plymouth  ☒ (checked)  ☐ Middlesex  ☐ Norfolk
SUPERIOR COURT:  ☐ Cambridge  ☐ Lowell  ☐ Dedham
DISTRICT COURT: _____ Division

| TORT CLAIMS | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
| 1. Total hospital expenses: | $1,821.00 |
| 2. Total doctor expenses: | $920.00 |
| 3. Total chiropractic expenses: | $6,265.54 |
| 4. Total physical therapy expenses: | $3,928.00 |
| 5. Total other expenses (Describe): Expenses for x ray, 3 MRI, and Prescriptions | $6,875.00 |
| SUBTOTAL: | $17,972.1 |
| B. Documented lost wages and compensation to date: | $3,235.9 |
| C. Documented property damages to date: | $ |
| D. Reasonably anticipated future medical and hospital expenses: | $ |
| E. Reasonably anticipated lost wages: | $42,433.5 |
| F. Other documented items of damage (Describe): | $ |
| G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe): B03 Plaintiff injured at Defendant's premises when large container fell on him. Plaintiff suffered torn rotator cuff (R) which required surgery. Plaintiff also suffered sprain to his neck. | $75,000.00 |
| For this form, disregard double or treble damage claims; indicate single damages only.   TOTAL: | $138,641.66 |

| CONTRACT CLAIMS | AMOUNT |
|---|---|
| Provide a detailed description of claim(s): | $ |
|  | $ |
|  | $ |
| For this form, disregard double or treble damage claims; indicate single damages only.   TOTAL: | $ |

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY
AUG 18 2004
[signature] CLERK

ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF): | DEFENDANT'S NAME AND ADDRESS:

Signature _____ Date _____

Print or Type Name _____ B.B.O.# _____

Address _____

1/97

8-18-04

Dane M. Shulman, Esq.
Jody C. Shulman, Esq.
Sheldon S. Ananian, Esq.
Michael P. Kambouris, Esq.

Neal E. Shulman
Business Manager

www.daneshulman.com

Law Offices of
# Dane M. Shulman
First Floor
25 Newport Avenue Extension
North Quincy, Massachusetts 02171
Tel: (617) 471-3200
Fax: (617) 769-7020

August 16, 2004

Lisa T. Cooper, Esq.
Joseph T. Desmond, Esq.
Amy M. Donovan, Esq.
Lisa B. Friedberg, Esq.
Susan S. Miller, Esq.
Joy I. Moussouttas, Esq.
Daniel E. Pogoda, Esq.
David Rodibaugh, Esq.
Monica L. Shearer, Esq.
Michael F. Suarez, Esq.
Angela K. Troccoli, Esq.
Stephen E. Woods, Esq.

*Office of the Civil Clerk*
Plymouth Superior Court
72 Belmont Street
Brockton, MA 02301

RE:   Steven Cabral *vs. Stone Container Corporation*
      *Plymouth Superior Court*
      *Civil Action No:*

Dear Sir or Madam:

Enclosed herewith, please find the Complaint, Statement of Damages, filing fee, and docketing card.

Kindly place the docket number on the docketing card, as well as the date said Complaint was filed and then return same to me at your earliest convenience so that I may have each Defendant served.

Thank you for your prompt attention to this matter.

            Very truly yours,
            LAW OFFICES OF DANE M. SHULMAN


            Amy M. Donovan
            AMD/klm

Encls.

St. 1996, c. 358, s. 5 | Massachusetts

| PLAINTIFF(S) | | DEFENDANT(S) | |
|---|---|---|---|
| Steven Cabral | Rec'd 8·20·04 | Stone Container Corporation | #04-1094A |

**INSTRUCTIONS:** THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN MIDDLESEX AND NORFOLK COUNTIES - SUPERIOR COURT: IN ALL CIVIL ACTIONS. DISTRICT COURT: IN ALL CIVIL ACTIONS SEEKING MONEY DAMAGES.

COUNTY: Plymouth ☐ Middlesex ☐ Norfolk
SUPERIOR COURT: ☐ Cambridge ☐ Lowell ☐ Dedham
DISTRICT COURT: _____ Division

| TORT CLAIMS | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
|    1. Total hospital expenses: | $1,821.00 |
|    2. Total doctor expenses: | $920.00 |
|    3. Total chiropractic expenses: | $6,265.54 |
|    4. Total physical therapy expenses: | $3,928.00 |
|    5. Total other expenses (Describe): Expenses for x ray, 3 MRI, and Prescriptions | $6,875.00 |
| SUBTOTAL: | $17,972. |
| B. Documented lost wages and compensation to date: | $3,235. |
| C. Documented property damages to date: | $ |
| D. Reasonably anticipated future medical and hospital expenses: | $ |
| E. Reasonably anticipated lost wages: | $42,433.5 |
| F. Other documented items of damage (Describe): | $ |
| G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe): Plaintiff injured at Defendant's premises when large container fell on him. Plaintiff suffered torn rotator cuff (R) which required surgery. Plaintiff also suffered sprain to his neck. | $75,000.00 |
| For this form, disregard double or treble damage claims; indicate single damages only. TOTAL: | $138,641.66 |

| CONTRACT CLAIMS | AMOUNT |
|---|---|
| Provide a detailed description of claim(s): | $ |
| | $ |
| | $ |
| For this form, disregard double or treble damage claims; indicate single damages only. TOTAL: | $ |

ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF):
Signature: [signed]  Date: 08/18/04
Print or Type Name: Amy M. Donovan  B.B.O.# 655490
Law Offices of Dane M. Shulman
Address: 25 Newport Avenue Ext
No. Quincy, MA 02171

DEFENDANT'S NAME AND ADDRESS:
Stone Container Corporation
C/O CT Corporation System
101 Federal Street
Boston, MA

1/97

Dane M. Shulman, Esq.
Jody C. Shulman, Esq.
Sheldon S. Ananian, Esq.
Michael P. Kambouris, Esq.

Neal E. Shulman
Business Manager

www.daneshulman.com

Law Offices of
# Dane M. Shulman
First Floor
25 Newport Avenue Extension
North Quincy, Massachusetts 02171
Tel: (617) 471-3200
Fax: (617) 769-7020

Lisa T. Cooper, Esq.
Joseph T. Desmond, Esq.
Amy M. Donovan, Esq.
Lisa B. Friedberg, Esq.
Susan S. Miller, Esq.
Joy I. Moussouttas, Esq.
Daniel E. Pogoda, Esq.
David Rodibaugh, Esq.
Monica L. Shearer, Esq.
Michael F. Suarez, Esq.
Angela K. Troccoli, Esq.
Stephen E. Woods, Esq.

August 18, 2004

*Office of the Civil Clerk*
Plymouth Superior Court
72 Belmont Street
Brockton, MA 02301

RE:   Steven Cabral *vs. Stone Container Corporation*
      *Plymouth Superior Court*
      *Civil Action No:*

Dear Sir or Madam:

Enclosed please find the original Statement of Damages regarding the above referenced matter.

Thank you for your prompt attention to this matter.

                    Very truly yours,
                    LAW OFFICES OF DANE M. SHULMAN


                    Amy M. Donovan
                    AMD/klm

Encls.

F:\Clients\2001\219000-219499\219120\QUINCY-LETTER FILING COMPLAINT IN COURT.doc

OTHER OFFICES:
1596 Blue Hill Avenue • Mattapan Square • Mattapan, MA 02126 • Tel: (617) 442-6800
1601 Blue Hill Avenue • Mattapan Square • Mattapan, MA 02126 • Tel: (617) 298-2500

| TRANSIT NUMBER | CHECK | CASH | NET AMOUNT | DATE | NAME | DESCRIPTION |
|---|---|---|---|---|---|---|
| 5-13 | 275- | | 275- | 9/8/04 | atty | Complaint |

# THE COMMONWEALTH OF MASSACHUSETTS
CLERK - MAGISTRATE
PLYMOUTH DIVISION
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
COURTHOUSE, 72 BELMONT ST.
BROCKTON, MA 02401

24374

## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.                                SUPERIOR COURT DEPARTMENT
                                             CIVIL ACTION NO. PLCV2004-01024

STEVEN CABRAL,                    )
                                  )
    Plaintiff,                    )
                                  )
v.                                )
                                  )
STONE CONTAINER                   )
CORPORATION,                      )
                                  )
    Defendant.                    )



### NOTICE OF REMOVAL

TO:   Civil Clerk's Office
      Plymouth Superior Court
      72 Belmont Street
      Brockton, MA 02301

Pursuant to 28 U.S.C. § 1446(d), the Defendant, Stone Container Corporation ("Stone"), hereby gives notice that, in accordance with 28 U.S.C. § 1441, it filed a Notice of Removal of this action from the Plymouth Superior Court to the United States District Court for the District of Massachusetts based upon the fact that the United States District Court for the District of Massachusetts has original jurisdiction over this matter.



The Defendant,
**STONE CONTAINER CORPORATION**,
By its attorneys,

*John R Felice*
Peter G. Hermes, BBO No. 231840
John R. Felice, BBO No. 644517
HERMES, NETBURN,
   O'CONNOR, & SPEARING, P.C.
111 Devonshire Street
Boston, MA 02109-5407
(617) 728-0050
(617) 728-0052 (F)

Dated: 9/8/04

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail, postage prepaid, on the following counsel of record:

Amy M. Donovan, Esq.
Law Offices of Dane M. Shulman
25 Newport Avenue Extension, 1st Floor
North Quincy, MA 02171

Date: 9/8/04

*John R Felice*
John R. Felice

G:\DOCS\JRF\CLIENTS\Stone Container\Cabral\Pleadings\Notice of Removal - State.doc

2

# HERMES, NETBURN, O'CONNOR & SPEARING, P.C.

ATTORNEYS AT LAW
111 DEVONSHIRE STREET, EIGHTH FLOOR
BOSTON, MASSACHUSETTS 02109
TELEPHONE (617) 728-0050
TELECOPIER (617) 728-0052

PETER G. HERMES
PETER C. NETBURN
KEVIN J. O'CONNOR
SCOTT S. SPEARING
ROBERT W. MONAGHAN
GINA A. FONTE
JOHN R. FELICE
MICHAEL S. BATSON
RYAN T. KILLMAN

DIRECT DIAL NUMBER
(617) 210-7780

September 8, 2004

Clerk for Civil Business
Plymouth Superior Court
72 Belmont Street
Brockton, MA 02301

Re:   Steven Cabral
v.    Stone Container Corporation
      Civil Action No. PLCV2004-01024

Dear Sir/Madam:

Enclosed for filing is the Defendant's Notice of Removal.

Kindly prepare certified copies of all pleadings so that I may forward them to the United States District Court for District of Massachusetts. If there is a charge for such pleadings, please contact me upon receipt of this letter so that I may forward a check in the appropriate amount.

Thank you for your assistance.

Very truly yours,

John R. Felice

/dk

Amy M. Donovan, Esq.
RF\CLIENTS\Stone Container\Cabral\Correspondence\State Clerk 1.doc