Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2004-01024
### Cabral v Stone Container Corp

| | | | | | |
|---|---|---|---|---|---|
| File Date | 08/18/2004 | Status | Disposed: transfered to other court (dtrans) | | |
| Status Date | 09/09/2004 | Session | A - Civil A - CtRm 4 (Brockton) | | |
| Origin | 1 | Case Type | B03 - MV negligence/pers injury/prop dmg | | |
| Lead Case | | Track | F | | |

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/16/2004 | Answer | 01/15/2005 | Rule12/19/20 | 01/15/2005 |
| Rule 15 | 01/15/2005 | Discovery | 06/14/2005 | Rule 56 | 07/14/2005 |
| Final PTC | 08/13/2005 | Disposition | 10/12/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Steven Cabral
12 Deer Hill Lane
Plymouth, MA 02360
Active 08/18/2004

**Private Counsel 655490**
Amy M Donovan
25 Newport Avenue Extension
1st floor
North Quincy, MA 02171
Phone: 617-471-3200
Active 08/18/2004 Notify

**Defendant**
c/o CT Corp System  Stone Container Corp
101 Federal Street
Boston, MA 02101
Service pending 08/18/2004

**Private Counsel 644517**
John R Felice
Hermes Netburn O'Connor & Sommerville
111 Devonshire Street
8th floor
Boston, MA 02109-5407
Phone: 617-728-0050
Fax: 617-728-0052
Active 09/13/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/18/2004 | 1.0 | Complaint & civil action cover sheet filed and Jury Claim (chk 275.00 recvd) |
| 08/18/2004 | | Origin 1, Type B03, Track F. |
| 09/09/2004 | 2.0 | Case REMOVED this date to US District Court of Massachusetts by deft Stone Container Corporation Atty.John R. Felice |

### EVENTS



A TRUE COPY ATTEST
CLERK

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss                              PLYMOUTH SUPERIOR COURT
                                          CIVIL ACTION NO: 04-1024A

STEVEN CABRAL,
    Plaintiff

vs.                                       **COMPLAINT & JURY CLAIM**

STONE CONTAINER CORPORATION,
    Defendant



FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY
AUG 1 8 2004
CLERK

**PARTIES**

1.  The Plaintiff, Steven Cabral, is an adult Massachusetts resident, currently residing at 12 Deer Hill Lane, Plymouth, MA, Plymouth County.

2.  The Defendant, Stone Container Corporation, is a corporation duly licensed to do business in the Commonwealth, having it's principal office located at 150 N. Michigan Avenue, Chicago, IL.

3.  The Defendant, Stone Container Corporation, has a local registered agent, CT Corporation System located at 101 Federal Street, Boston, Ma.

4.  The Defendant, is also known as Smurfit Stone Container Corporation in the Commonwealth located at 47 Maple Street, Mansfield, Ma.

**FACTS**

5.  On or about August 20, 2001, the Plaintiff, Steven Cabral, was on the premises of the Defendant's Massachusetts business.

A TRUE COPY ATTEST
CLERK

## COUNT I

6. At all times material to this action the Defendant, it's agents and/or employees had a duty to carefully and properly load Plaintiff's truck.

7. The Defendant, it's agents and/or employees, knew or should have known that its failure to properly load Plaintiff's truck created an unreasonable danger to the Plaintiff.

8. On or about August 20, 2004 the Defendant, it's agents and/or employees breached this duty by negligently and carelessly loading contents into Plaintiffs truck.

9. As a result of said negligence; the Plaintiff was caused to suffer an accident when the contents of the truck fell on him as he opened the truck doors.

10. As a result of the incident described in this Complaint, the Plaintiff was caused to suffer personal injuries, was caused to suffer great pain of body and mind, was caused to incur expenses for her medical treatment and was prevented from attending to the duties of his occupation.

**WHEREFORE**, the Plaintiff demands judgment against the Defendant; that damages be established and Plaintiff be awarded same along with the costs, interest and reasonable attorney's fees.

**JURY CLAIM:** the Plaintiff demands trial by jury on all claims.

BY PLAINTIFF'S ATTORNEY

LAW OFFICES OF DANE M. SHULMAN
Amy M. Donovan, Esquire
25 Newport Avenue Extension, 1st Floor
North Quincy, MA 02171
(617) 471-3200
B.B.O. # 655490

St. 1996, c. 358, s. 5

| PLAINTIFF(S) | DEFENDANT(S) | Trial Court of Massachusetts |
|---|---|---|
| Steven Cabral | Stone Container Corporation | |

**INSTRUCTIONS:** THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN MIDDLESEX AND NORFOLK COUNTIES - SUPERIOR COURT: IN ALL CIVIL ACTIONS, DISTRICT COURT: IN ALL CIVIL ACTIONS SEEKING MONEY DAMAGES.

COUNTY: Plymouth  ☐ Middlesex  ☐ Norfolk
SUPERIOR COURT:  ☐ Cambridge  ☐ Lowell  ☐ Dedham
DISTRICT COURT: _____ Division

## TORT CLAIMS

| | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
| 1. Total hospital expenses: | $1,821.00 |
| 2. Total doctor expenses: | $920.00 |
| 3. Total chiropractic expenses: | $6,265.54 |
| 4. Total physical therapy expenses: | $3,928.00 |
| 5. Total other expenses (Describe): Expenses for x ray, 3 MRI, and Prescriptions | $6,875.00 |
| SUBTOTAL: | $17,972.1 |
| B. Documented lost wages and compensation to date: | $3,235.9 |
| C. Documented property damages to date: | $ |
| D. Reasonably anticipated future medical and hospital expenses: | $ |
| E. Reasonably anticipated lost wages: | $42,433.5 |
| F. Other documented items of damage (Describe): | $ |
| G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe): B03 Plaintiff injured at Defendant's premises when large container fell on him. Plaintiff suffered torn rotator cuff (R) which required surgery. Plaintiff also suffered sprain to his neck. | $75,000.00 |
| For this form, disregard double or treble damage claims; indicate single damages only. TOTAL: | $138,641.66 |

## CONTRACT CLAIMS

| | AMOUNT |
|---|---|
| Provide a detailed description of claim(s): | $ |
| | $ |
| | $ |
| For this form, disregard double or treble damage claims; indicate single damages only. TOTAL: | $ |

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY
AUG 18 2004
[signature] CLERK

ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF):   DEFENDANT'S NAME AND ADDRESS:
Signature _____ Date _____
Print or Type Name _____  B.B.O.# _____
Address _____

1/97

8-18-04

Dane M. Shulman, Esq.
Jody C. Shulman, Esq.
Sheldon S. Ananian, Esq.
Michael P. Kambouris, Esq.

Neal E. Shulman
Business Manager

www.daneshulman.com

Law Offices of
# Dane M. Shulman
First Floor
25 Newport Avenue Extension
North Quincy, Massachusetts 02171
Tel: (617) 471-3200
Fax: (617) 769-7020

Lisa T. Cooper, Esq.
Joseph T. Desmond, Esq.
Amy M. Donovan, Esq.
Lisa B. Friedberg, Esq.
Susan S. Miller, Esq.
Joy I. Moussouttas, Esq.
Daniel E. Pogoda, Esq.
David Rodibaugh, Esq.
Monica L. Shearer, Esq.
Michael F. Suarez, Esq.
Angela K. Troccoli, Esq.
Stephen E. Woods, Esq.

August 16, 2004

*Office of the Civil Clerk*
Plymouth Superior Court
72 Belmont Street
Brockton, MA 02301

RE:  Steven Cabral *vs. Stone Container Corporation*
     *Plymouth Superior Court*
     *Civil Action No:*

Dear Sir or Madam:

Enclosed herewith, please find the Complaint, Statement of Damages, filing fee, and docketing card.

Kindly place the docket number on the docketing card, as well as the date said Complaint was filed and then return same to me at your earliest convenience so that I may have each Defendant served.

Thank you for your prompt attention to this matter.

Very truly yours,
LAW OFFICES OF DANE M. SHULMAN

Amy M. Donovan
AMD/klm

Encls.

F:\Clients\2004\219000-219499\219120-QUINCY-LETTER FILING COMPLAINT IN COURT.doc

OTHER OFFICES:
1596 Blue Hill Avenue • Mattapan Square • Mattapan, MA  02126 • Tel. (617) 442-6800
1601 Blue Hill Avenue • Mattapan Square • Mattapan, MA  02126 • Tel: (617) 298-2500

St. 1996, c. 358, s. 5 | Massachusetts

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Steven Cabral | Stone Container Corporation |

RC 08.20.04

#04-1024A

**INSTRUCTIONS:** THIS FORM MUST BE COMPLETED AND FILED WITH THE COMPLAINT OR OTHER INITIAL PLEADING IN MIDDLESEX AND NORFOLK COUNTIES - SUPERIOR COURT: IN ALL CIVIL ACTIONS. DISTRICT COURT: IN ALL CIVIL ACTIONS SEEKING MONEY DAMAGES.

COUNTY: Plymouth ☐ Middlesex ☐ Norfolk
SUPERIOR COURT: ☐ Cambridge ☐ Lowell ☐ Dedham
DISTRICT COURT: _____ Division

## TORT CLAIMS

| | AMOUNT |
|---|---|
| A. Documented medical expenses to date: | |
| 1. Total hospital expenses: | $1,821.00 |
| 2. Total doctor expenses: | $920.00 |
| 3. Total chiropractic expenses: | $6,265.54 |
| 4. Total physical therapy expenses: | $3,928.00 |
| 5. Total other expenses (Describe): Expenses for x ray, 3 MRI, and Prescriptions | $6,875.00 |
| SUBTOTAL: | $17,972. |
| B. Documented lost wages and compensation to date: | $3,235.9 |
| C. Documented property damages to date: | $ |
| D. Reasonably anticipated future medical and hospital expenses: | $ |
| E. Reasonably anticipated lost wages: | $42,433.5 |
| F. Other documented items of damage (Describe): | $ |
| G. Brief description of Plaintiff's injury, including nature and extent of injury (Describe): Plaintiff injured at Defendant's premises when large container fell on him. Plaintiff suffered torn rotator cuff (R) which required surgery. Plaintiff also suffered sprain to his neck. | $75,000.00 |

For this form, disregard double or treble damage claims; indicate single damages only. **TOTAL:** $138,641.66

## CONTRACT CLAIMS

| | AMOUNT |
|---|---|
| Provide a detailed description of claim(s): | $ |
| | $ |
| | $ |

For this form, disregard double or treble damage claims; indicate single damages only. **TOTAL:** $

**ATTORNEY FOR PLAINTIFF (OR PRO SE PLAINTIFF):**
Signature: _____ Date: 08/18/04
Print or Type Name: Amy M. Donovan   B.B.O.# 655490
Address: Law Offices of Dane M. Shulman
25 Newport Avenue Ext.
No. Quincy, MA 02171

**DEFENDANT'S NAME AND ADDRESS:**
Stone Container Corporation
C/o CT Corporation System
101 Federal Street
Boston, MA

1/87

Dane M. Shulman, Esq.
Jody C. Shulman, Esq.
Sheldon S. Ananian, Esq.
Michael P. Kambouris, Esq.

Neal E. Shulman
Business Manager

www.daneshulman.com

Law Offices of
# Dane M. Shulman
First Floor
25 Newport Avenue Extension
North Quincy, Massachusetts 02171
Tel: (617) 471-3200
Fax: (617) 769-7020

Lisa T. Cooper, Esq.
Joseph T. Desmond, Esq.
Amy M. Donovan, Esq.
Lisa B. Friedberg, Esq.
Susan S. Miller, Esq.
Joy I. Moussouttas, Esq.
Daniel E. Pogoda, Esq.
David Rodibaugh, Esq.
Monica L. Shearer, Esq.
Michael F. Suarez, Esq.
Angela K. Troccoli, Esq.
Stephen E. Woods, Esq.

August 18, 2004

*Office of the Civil Clerk*
Plymouth Superior Court
72 Belmont Street
Brockton, MA 02301

RE:   *Steven Cabral vs. Stone Container Corporation*
       *Plymouth Superior Court*
       *Civil Action No:*

Dear Sir or Madam:

Enclosed please find the original Statement of Damages regarding the above referenced matter.

Thank you for your prompt attention to this matter.

Very truly yours,
LAW OFFICES OF DANE M. SHULMAN

Amy M. Donovan
AMD/klm

Encls.

| TRANSIT NUMBER | CHECK | CASH | NET AMOUNT | DATE | NAME | DESCRIPTION |
|---|---|---|---|---|---|---|
| 5-13 | 2.75 - | | 2.75 - | 9/18/04 | atty *(illegible)* | complaint |

# THE COMMONWEALTH OF MASSACHUSETTS
CLERK - MAGISTRATE
PLYMOUTH DIVISION
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
COURTHOUSE, 72 BELMONT ST.
BROCKTON, MA 02401

24374

## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.                    SUPERIOR COURT DEPARTMENT
                                 CIVIL ACTION NO. PLCV2004-01024

STEVEN CABRAL,                )
                              )
        Plaintiff,            )
                              )
v.                            )
                              )
STONE CONTAINER               )
CORPORATION,                  )
                              )
        Defendant.            )



### NOTICE OF REMOVAL

TO:   Civil Clerk's Office
      Plymouth Superior Court
      72 Belmont Street
      Brockton, MA 02301

Pursuant to 28 U.S.C. § 1446(d), the Defendant, Stone Container Corporation ("Stone"), hereby gives notice that, in accordance with 28 U.S.C. § 1441, it filed a Notice of Removal of this action from the Plymouth Superior Court to the United States District Court for the District of Massachusetts based upon the fact that the United States District Court for the District of Massachusetts has original jurisdiction over this matter.

A TRUE COPY ATTEST

CLERK

The Defendant,
**STONE CONTAINER CORPORATION**,
By its attorneys,

_____
Peter G. Hermes, BBO No. 231840
John R. Felice, BBO No. 644517
HERMES, NETBURN,
  O'CONNOR, & SPEARING, P.C.
111 Devonshire Street
Boston, MA 02109-5407
(617) 728-0050
(617) 728-0052 (F)

Dated: 9/8/04


### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail, postage prepaid, on the following counsel of record:

Amy M. Donovan, Esq.
Law Offices of Dane M. Shulman
25 Newport Avenue Extension, 1st Floor
North Quincy, MA 02171


Date: 9/8/04                                _____
                                            John R. Felice

G:\DOCS\JRF\CLIENTS\Stone Container\Cabral\Pleadings\Notice of Removal - State.doc

2

# HERMES, NETBURN, O'CONNOR & SPEARING, P.C.

ATTORNEYS AT LAW
111 DEVONSHIRE STREET, EIGHTH FLOOR
BOSTON, MASSACHUSETTS 02109
TELEPHONE (617) 728-0050
TELECOPIER (617) 728-0052

PETER G. HERMES
PETER C. NETBURN
KEVIN J. O'CONNOR
SCOTT S. SPEARING
ROBERT W. MONAGHAN
GINA A. FONTE
JOHN R. FELICE
MICHAEL S. BATSON
RYAN T. KILLMAN

DIRECT DIAL NUMBER

(617) 210-7780

September 8, 2004

Clerk for Civil Business
Plymouth Superior Court
72 Belmont Street
Brockton, MA 02301

    Re:    **Steven Cabral**
    v.    **Stone Container Corporation**
           **Civil Action No. PLCV2004-01024**

Dear Sir/Madam:

Enclosed for filing is the Defendant's Notice of Removal.

Kindly prepare certified copies of all pleadings so that I may forward them to the United States District Court for District of Massachusetts. If there is a charge for such pleadings, please contact me upon receipt of this letter so that I may forward a check in the appropriate amount.

Thank you for your assistance.

Very truly yours,

John R. Felice

JRF/dk
Enc.
cc:    Amy M. Donovan, Esq.
G:\DOCS\JRF\CLIENTS\Stone Container\Cabral\Correspondence\State Clerk 1.doc