## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STEVEN CABRAL,**  )<br><br>**Plaintiff,**  )<br><br>**v.**  )<br><br>**STONE CONTAINER**  )<br>**CORPORATION,**  )<br><br>**Defendant.**  ) | **C.A. No. 04-CV-11961 MEL** |

### DEFENDANT, STONE CONTAINER CORPORATION'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Defendant, Stone Container Corporation, identifies the following parent corporation or publicly held corporation that owns ten percent (10%) or more of its stock:

Smurfit-Stone Container Corporation.

The Defendant,
**STONE CONTAINER CORPORATION,**
By its attorneys,

Peter G. Hermes, BBO No. 231840
John R. Felice, BBO No. 644517
HERMES, NETBURN,
    O'CONNOR, & SPEARING, P.C.
111 Devonshire Street
Boston, MA 02109-5407
(617) 728-0050
(617) 728-0052 (F)

Dated: 9/15/04

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail, postage prepaid, on the following counsel of record:

Amy M. Donovan, Esq.
Law Offices of Dane M. Shulman
25 Newport Avenue Extension, 1st Floor
North Quincy, MA 02171

Date: 9/15/04

G:\DOCS\JRF\CLIENTS\Stone Container\Cabral\Pleadings\Corporate Disclosure Statement.doc

John R. Felice

2