# EXHIBIT A

LANCER LEGAL

# TRUCKERS DECLARATIONS

POLICY NO.

| | |
|---|---|
| **Producer:** | CITY UNDERWRITING AGENCY |
| **Phone:** | 2001 MARCUS AVE STE W 180 |
| 516-358-3500 | LAKE SUCCESS, NY 11042 |
| **Fax :** | |
| 5163583540 | |

**LANCER
INSURANCE COMPANY**
Long Beach, New York

Insured's Representative (If other than above):

---

ITEM ONE

NAMED INSURED    SYSTEM FREIGHT INC
                P O BOX 554
MAILING ADDRESS: JAMESBURG, NJ   08831

POLICY PERIOD:    From _____03-15-01_____ to _____03-15-02_____ at
12:01 A.M. Standard Time at your mailing address shown above.

FORM OF BUSINESS: [ X ] CORPORATION      [   ] INDIVIDUAL
                        PARTNERSHIP          [   ] OTHER _____

    IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

BUSINESS DESCRIPTION: TRUCKERS-CONTRACT CARRIER-GENERAL FREIGHT

---

Premium shown is payable: $____681,224.00____ at inception

DUPLICATE ORIGINAL

ENDORSEMENTS ATTACHED TO THIS POLICY:

| | | |
|---|---|---|
| CA 21 14 10 97 | CA 22 30 04 00 | IL 12 01 11 85 #1 |
| IL 12 01 11 85 #2 | IL 12 01 11 85 #3 | IL 12 01 11 85 #4 |
| MCS-90 | MC1651c (Ed. 11-83) | DCW 214 (01-97) |
| IL 00 17 11 85 | CA 177 (1-87) | CA 00 12 12 93 |
| IL 02 08 06 89 | IL 00 03 11 85 | IL 00 21 11 94 |
| CA 01 88 09 95 | CA 20 18 12 9? | CA 21 71 01 88 |
| CA 23 01 12 93 | | |

===============================================================

COUNTERSIGNED ____03-28-02____ BY _____ (Authorized Representative)
           (Date)

------------------------------A-M-E-N-D-M-E-N-T------------------------------

Amended Date : 08-01-01
Reason      : ADD UNITS #175, 176, 177, 178, 179, 180, 181, 182, 183 & 184.
for        :
Amendment:
          :

     This amendment INCREASES your ANNUAL POLICY PREMIUM by... $ 32,930.00.
     Your ANNUAL POLICY PREMIUM increased from $648,294.00 to $ 681,224.00.

     Your POLICY PREMIUM for the remaining    61.9 % of this
     policy period INCREASES by............................... $ 20,370.00.

---

CA 00 14 12 93                   **ORIGINAL**             Page 1 of 25