# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
STEVEN CABRAL           )
      Plaintiff         )
                        )
v.                      )
                        )
                        )  C.A. No. 04-CV-11961 MEL
STONE CONTAINER CORPORATION )
      Defendant         )
                        )
```

## AFFIDAVIT OF WILLIAM NOBLE

I WILLIAM NOBLE, depose and state as follows:

1. I am Underwriting Manager of LANCER INSURANCE COMPANY (hereinafter "LANCER"), a proposed defendant in the above-captioned matter, and as such, am fully familiar with all of the facts, circumstances and proceedings involving the policy of insurance which is the subject of this action.

2. I have reviewed the insurance policy TP606266, including the Truckers Declaration, as well as all pertinent documents related to Lancer's policy or policies with System Freight, Inc., and I am unaware of any documents that list Smurfit Corporation and/or Stone Container Corporation as

an insured or an additional insured for the date of the alleged subject loss, August 20, 2001.

Signed under the pains and penalties of perjury.

Date: 11·2·04

_____
William Noble