# EXHIBIT D

14:58 FAX 5167041044  LANCER INS CO  ☒003
Case 1:04-cv-11064-MBB  Document 7-5  Filed 11/02/2004  Page 2 of 3

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YY) 04/11/0

**PRODUCER**
City Underwriting Agency, Inc.
2001 Marcus Ave, Suite W180
Lake Success, NY 11042
(516)358-3500 "REVISED"

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**

**INSURED**
System Freight Inc.
P.O. Box 554
7 Center Drive, Suite 13
Jamesburg, NJ 08831

INSURER A: Lancer Insurance Co.
INSURER B:
INSURER C:
INSURER D:
INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | | EACH OCCURRENCE | $ |
| | ☐ COMMERCIAL GENERAL LIABILITY | | | | FIRE DAMAGE (Any one fire) | $ |
| | ☐ CLAIMS MADE ☐ OCCUR | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | GENERAL AGGREGATE | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: ☐ POLICY ☐ PROJECT ☐ LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| A | **AUTOMOBILE LIABILITY** ☒ ANY AUTO ☒ ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☒ HIRED AUTOS ☒ NON-OWNED AUTOS | TP606146 | 03/15/01 | 03/15/02 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,0 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** ☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: EA ACC / AGG | $ / $ |
| | **EXCESS LIABILITY** ☐ OCCUR ☐ CLAIMS MADE | | | | EACH OCCURRENCE | $ |
| | | | | | AGGREGATE | $ |
| | ☐ DEDUCTIBLE ☐ RETENTION $ | | | | | $ / $ / $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | | | | WC STATU-TORY LIMITS / OTHER | |
| | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | **OTHER** Trailer Interchange | TP606146 | 03/15/01 | 03/15/02 | Limit: 20,000 Comp/Coll Deductible $1,000 | |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
Smurfit Stone Container Corporation, its Affiliates and Subsidiares are included Additional Insured, A.T.I.M.A.

**CERTIFICATE HOLDER** ☐ ADDITIONAL INSURED; INSURER LETTER:

Smurfit Stone Container Corporation
401 Alton Street, P.O. Box 2276
Alton, IL 62002

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE** J. E. [signature]

ACORD 25-S (7/97) 1 of 2  #S69150/M69123  LAC  © ACORD CORPORATION 1988

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d), I, Thomas J. Fay, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Amy M. Donovan, Esq.
Law Offices of Dane M. Shulman
25 Newport Ave. Extension
1st Floor
North Quincy, MA 02171

John R. Felice, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
111 Devonshire Street
Boston, MA 02109

SIGNED UNDER THE PENALTIES OF PERJURY THIS ____ DAY OF _____, 20____.

Thomas J. Fay, BBO# 551812
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775