UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN CABRAL )<br>    Plaintiff )<br> )<br>v. )<br> ) C.A. No. 04-CV-11961 MEL<br>STONE CONTAINER CORPORATION )<br>    Defendant )<br> ) | |

NOTICE OF APPEARANCE

Please enter my appearance as attorney for the proposed third-party defendant, Lancer Insurance Company, in the above-captioned action.

_____
Thomas J. Fay, BBO# 551812
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d), I, Thomas J. Fay, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Amy M. Donovan, Esq.
Law Offices of Dane M. Shulman
25 Newport Ave. Extension
1st Floor
North Quincy, MA 02171

John R. Felice, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
111 Devonshire Street
Boston, MA 02109

SIGNED UNDER THE PENALTIES OF PERJURY THIS __/__ DAY OF ___Ma___, 20_04_.

_____
Thomas J. Fay, BBO# 551812
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775