UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN CABRAL )<br>    Plaintiff )<br>)<br>)<br>v. )<br>) C.A. No. 04-CV-11961 MEL<br>STONE CONTAINER CORPORATION )<br>    Defendant )<br>) | |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK:

    Please be advised that Boyle, Morrissey & Campo, P.C., counsel for the proposed Defendant, Lancer Insurance Company, in the above-referenced matter, have changed their address to:

        Boyle, Morrissey & Campo, P.C.
        695 Atlantic Ave., 11th Floor
        Boston, MA 02111

                                    THE proposed DEFENDANT,
                                    LANCER INSURANCE COMPANY,
                                    BY ITS ATTORNEY

Date: 11/19/04

                                    Thomas J. Fay, BBO#551812
                                    Boyle, Morrissey & Campo, P.C.
                                    25 Stuart Street
                                    Boston, MA 02116
                                    (617) 451-2000
                                    F: (617) 451-5775

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d), I, Thomas J. Fay, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Amy M. Donovan, Esq.
Law Offices of Dane M. Shulman
25 Newport Ave. Extension
1st Floor
North Quincy, MA 02171

John R. Felice, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
111 Devonshire Street
Boston, MA 02109

SIGNED UNDER THE PENALTIES OF PERJURY THIS 19th DAY OF November, 2004.

_Thomas J. Fay_
Thomas J. Fay, BBO# 551812
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775