UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

STEVEN CABRAL,
Plaintiff

CIVIL ACTION NO 04-CV-11961MEL

vs.

STONE CONTAINER CORPORATION,
Defendant

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the plaintiff, Steven Cabral, in the above-captioned action.

Respectfully Submitted
Plaintiff Steven Cabral by his Attorney

David C. Rodibaugh
Ananian & Rodibaugh
116 Beech Street
Belmont, MA 02478
(617) 484-0007
BBO # 547860