UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEVEN CABRAL,
Plaintiff

CIVIL ACTION NO: 04-CV-11961MEL

vs.

STONE CONTAINER CORPORATION,
Defendant

## NOTICE OF CHANGE OF ADDRESS

Please note counsel for the Plaintiff's change of address:

**David C. Rodibaugh**
**Ananian and Rodibaugh**
**Attorneys at Law**
**116 Beech Street**
**Belmont, MA 02478**
**Telephone (617) 484-0007**
**Fax (617) 484-2322**

                              Respectfully submitted,
                              Plaintiff, Steven Cabral by his Attorney

                              _/s/ David C. Rodibaugh_
                              David C. Rodibaugh
                              ANANIAN & RODIBAUGH
                              116 Beech Street
                              Belmont, MA 02478
                              (617) 484-0007
                              BBO# 547860

# CERTIFICATE OF SERVICE

Now comes, David C. Rodibaugh, who certifies under the pains and penalties of perjury that I have this date forwarded a copy of **Notice of Change of Address and Notice of Appearance,** by sending a copy of same via first class mail to the defendants attorney at the address(es) listed below:

>Peter G. Hermes, Esquire
>Hermes, Netburn, O'Conner & Spearing
>111 Devonshire Street, 8th Floor
>Boston, MA 02109

Signed under the pains and penalties of perjury this 4th day of January 3, 2005.

BY PLAINTIFF'S ATTORNEY

_____
David Rodibaugh
ANANIAN & RODIBAUGH
116 Beech Street
Belmont, MA 02478
(617) 484-0007
BBO # 547860