UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STEVEN CABRAL,　　　　　　　　　　CIVIL ACTION NO: 04-CV-11961MEL
Plaintiff

vs.

STONE CONTAINER CORPORATION,
Defendant

# PLAINTIFF STEVEN CABRAL'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D) (3)

Pursuant to Local Rule 16.1 (D) (3), the undersigned hereby certify that they have conferred:

a) with a view to establishing a budget for the costs of conducting the full course- and various alternative courses- of the litigation; and
b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted
Plaintiff Steven Cabral by his Attorney

_____
David C. Rodibaugh
Ananian & Rodibaugh
116 Beech Street
Belmont, MA 02478
(617) 484-0007
BBO # 547860