UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
STEVEN CABRAL                 )
     Plaintiff                )
                              )
v.                            )
                              ) C.A. No. 04-CV-11961 MEL
STONE CONTAINER CORPORATION   )
     Defendant                )
_____)
```

### NOTICE OF WITHDRAWAL OF THOMAS J. FAY

Please withdraw my appearance as attorney for the defendant, Lancer Insurance Company, in the above-captioned matter.

```
                    THE DEFENDANT,
                    LANCER INSURANCE COMPANY,
                    BY ITS ATTORNEY,


                    /s/ Thomas J. Fay
                    Thomas J. Fay  BBO# 551812
                    Boyle, Morrissey & Campo, P.C.
                    695 Atlantic Avenue
                    Boston, MA 02111
                    (617) 451-2000
```

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d), I, Thomas J. Fay, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Amy M. Donovan, Esq.
Law Offices of Dane M. Shulman
25 Newport Ave. Extension
1st Floor
North Quincy, MA 02171

John R. Felice, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
111 Devonshire Street
Boston, MA 02109

SIGNED UNDER THE PENALTIES OF PERJURY THIS 25th DAY OF _July_, 20 05.

_Thomas J. Fay_
Thomas J. Fay, BBO# 551812
Boyle, Morrissey & Campo, P.C.
25 Stuart Street
Boston, MA 02116
(617) 451-2000
FAX: (617) 451-5775