UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 AUG 30 P 2:39

U.S. DISTRICT COURT
DISTRICT OF MASS

STEVEN CABRAL,

    Plaintiff,

v.

    C.A. No. 04-CV-11961 MEL

STONE CONTAINER
CORPORATION,

    Defendant.

### NOTICE OF WITHDRAWAL

John R. Felice hereby withdraws his appearance as counsel for the Defendant in this action, Stone Container Corporation. Peter G. Hermes of Hermes, Netburn, O'Connor & Spearing will continue to represent the Defendant, Stone Container Corporation.

_/s/ John R. Felice_
John R. Felice, BBO No. 644517
HERMES, NETBURN,
    O'CONNOR, & SPEARING, P.C.
111 Devonshire Street
Boston, MA 02109-5407
(617) 728-0050 (Tel)
(617) 728-0052 (Fax)

Dated: August 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by first class mail, postage prepaid, on the following counsel of record:

> David C. Rodibaugh, Esq.
> Ananian & Rodibaugh
> 116 Beech Street
> Belmont, MA 02478

Date: August 29, 2005

*/s/ John R. Felice*
John R. Felice

G:\DOCS\JRF\CLIENTS\Stone Container\Cabral\Pleadings\Notice of Withdrawal.doc