UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN CABRAL,<br><br>    Plaintiff,<br><br>v.<br><br>STONE CONTAINER CORPORATION,<br><br>    Defendant. | C.A. No. 04-CV-11961 MEL |

## STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties to the above-captioned action stipulate that Steven Cabral's Complaint and Jury Claim shall be dismissed, with prejudice, without costs and each party bearing its own attorney's fees.

| PLAINTIFF STEVEN CABRAL<br>By his Attorneys, | DEFENDANT STONE CONTAINER CORPORATION<br>By its Attorneys, |
|---|---|
| _[signature]_<br>David C. Rodibaugh, BBO No. 547860<br>ANANIAN & RODIBAUGH, P.C.<br>116 Beech Street<br>Belmont, MA 02478<br>(617) 484-0007 (Tel)<br>(617) 484-2322 (Fax) | _[signature]_<br>Peter G. Hermes, BBO No. 231840<br>HERMES, NETBURN,<br>   O'CONNOR, & SPEARING, P.C.<br>265 Franklin Street, Seventh Floor<br>Boston, MA 02110<br>(617) 728-0050 (Tel)<br>(617) 728-0052 (Fax) |
| Dated: November 28th, 2005 | Dated: November 30, 2005 |